IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BARBARA JONES, individually and on
behalf of all others similarly situated                                    PLAINTIFFS

v.                                            Case No. 4:23-cv-04010

HOWARD MEMORIAL HOSPITAL                                          DEFENDANT

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal.  ECF No. 24.  The parties state that this matter has settled and request that this matter be dismissed with prejudice.

An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii).  "Caselaw concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval."  *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984).  Thus, all claims were effectively dismissed when the parties filed the instant stipulation.  However, this order issues for the purpose of maintaining the Court's docket.

This case is hereby **DISMISSED WITH PREJUDICE**.  If any party desires that the terms of any settlement be a part of the record therein, those terms should be reduced to writing and filed with the Court within thirty (30) days of the entry of this judgment.  The Court retains jurisdiction to vacate this order upon cause shown that any such settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 26th day of February, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge